# EXHIBIT I



**U.S. Department of Homeland Security**
500 12th ST. SW; STOP 5009
Washington, DC 20536-5009

March 09, 2018

Camille Mackler
The New York Immgration Coalition
131 W. 33rd St., Ste. 610
New York, NY 10001

Dear Ms. Mackler:

The Department of Homeland Security has received your letter appealing the adverse determination of your Freedom of Information Act/Privacy Act (FOIA/PA) request by U.S. Immigration and Customs Enforcement. Your appeal, **postmarked *or* electronically transmitted** on **February 27, 2018**, was received on **March 09, 2018**.

The Government Information Law Division acknowledges your appeal request of **2018-ICFO-10954** and is assigning it number **2018-ICAP-00184** for tracking purposes.  Please reference this number in any future communications about your appeal.

A high number of FOIA/PA requests have been received by the Department.  Accordingly, we have adopted the court-sanctioned practice of generally handling backlogged appeals on a first-in, first-out basis.[1]  While we will make every effort to process your appeal on a timely basis, there may be some delay in resolving this matter.  Should you have any questions concerning the processing of your appeal, please contact the ICE FOIA Office/Public Liaison at (866) 633-1182, or by email at ice-foia@dhs.gov.

Sincerely,

/s/ *MCuestas*   for

Erin Clifford
Chief
Government Information Law Division
ICE Office of the Principal Legal Advisor
U.S. Department of Homeland Security

---

[1] Appeals of expedited treatment denials will be handled on an expedited basis.