# EXHIBIT J

*Office of the Principal Legal Advisor*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536



April 6, 2018

Camille J. Mackler, Esq.
Director of Immigration Legal Policy
The New York Immigration Coalition
131 W. 33rd St., Ste. 610
New York, NY 10001

**RE: 2018-ICAP-00184, 2018-ICFO-10954**

Dear Ms. Mackler:

This is in response to your letter dated February 27, 2018, received March 9, 2018, appealing the U.S. Immigration and Customs Enforcement (ICE) Freedom of Information Act (FOIA) Office's response to your FOIA request, dated November 22, 2017, seeking all ICE Homeland Security Investigations (HSI) and Enforcement and Removal Operations (ERO) records pertaining to Operation Matador.

In response to your request, HSI and ERO searched for responsive records. By letter dated January 12, 2018, the ICE FOIA Office issued its final response. The ICE FOIA Office withheld all records in their entirety pursuant to Exemption (b)(7)(A). You have appealed the withholdings applied to the responsive records. You have also appealed the adequacy of the search.

Upon a complete review of the administrative record, the search was adequate in all respects and was reasonably calculated to uncover all relevant documents. Therefore, ICE affirms the adequacy of the search conducted on your FOIA request.

With regard to the withholding of records, as was explained in the ICE FOIA Office's letter dated March 5, 2018, your request was considered under the FOIA, 5 U.S.C. §552. The ICE FOIA Office applied FOIA Exemption (b)(7)(A) because of the open status of an ongoing criminal investigation and the nature of the documents, specifically, that they are records or information compiled for a law enforcement purpose, the disclosure of which could reasonably be expected to interfere with ongoing enforcement proceedings. ICE has confirmed that as of April 6, 2018, the investigation is still ongoing. Therefore, the original application of FOIA Exemption (b)(7)(A) to withhold the records from disclosure was proper in all respects. ICE reserves the right to assert FOIA Exemptions (b)(5), (b)(6), (b)(7)(C), (b)(7)(D), (b)(7)(E), and (b)(7)(F) when FOIA Exemption (b)(7)(A) no longer applies.

Camille J. Mackler
2018-ICAP-00184, 2018-ICFO-10954
Page 2

This decision is the final action of ICE concerning your FOIA request.  Inasmuch as you consider this to be a denial of your appeal, you may obtain judicial review of this decision pursuant to the provisions of 5 U.S.C. § 552(a)(4)(B) in the United States District Court in the district in which you reside or have a principal place of business, or in which the agency records are situated, or in the District of Columbia.

The Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you wish to contact OGIS, you may email them at ogis@nara.gov or call 1-877-684-6448.

Should you have any questions regarding this appeal closure, please contact ICE at ice-foia@dhs.gov.  In the subject line of the email, please include the word "appeal," the appeal number, which is **2018-ICAP-00184**, and the FOIA case number, which is **2018-ICFO-10954**.

\ Sincerely,

*Anne M. Rose*

*for*     Erin J. Clifford
         Chief
         Government Information Law Division
         ICE Office of the Principal Legal Advisor
         U.S Department of Homeland Security

cc: The ICE FOIA Office