# EXHIBIT K

**From:** CBPFOIA@cbp.dhs.gov <CBPFOIA@cbp.dhs.gov>
**Date:** Dec 8, 2017, 09:02 -0500
**To:** cmackler@nyic.org <cmackler@nyic.org>
**Subject:** Final Disposition, Request CBP-2018-012787

This acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs & Border Protection (CBP), dated November 22, 2017, and seeking: 1. All documents relating to Custom and Border Protection (CBP) agreements with other government agencies, state or federal involving Operation Matador, including, but not limited to, ICE Homeland Security Investigations, ICE Enforcement and Removal Operations, U.S. Citizenship and Immigration Services, the Suffolk County Police Department, the Nassau County Police Department, and the New York City Police Department. 2. All documents reflecting communication and coordination between government agencies, state or federal, on Operation Matador including, but not limited to, ICE Homeland Security Investigations, ICE Enforcement and Removal Operations, U.S. Citizenship and Immigration Services, the Suffolk County Police Department, the Nassau County Police Department, and the New York City Police Department. 3. All training materials distributed to or communicated with any governmental agency, state or federal that participated in Operation Matador, including, but not limited to, ICE Homeland Security Investigations, ICE Enforcement and Removal Operations, U.S. Citizenship and Immigration Services, the Suffolk County Police Department, the Nassau County Police Department, and the New York City Police Department. 4. All documents, regulations, and guidelines defining or outlining the groups or profiles of individuals targeted by Operation Matador. 5. All documents and guidance relating to CBP resources committed or contributed to Operation Matador, including any personnel or equipment used in Operation Matador.

After a careful review of your FOIA request, we determined that the information you are seeking is not under the purview of CBP. Requests for information regarding Operation Matador, should be made to Immigration and Customs Enforcement (ICE). In an effort to assist you on this matter, please follow the following steps to file a FOIA request with ICE:

- The request must include a daytime phone number so you can be contacted if necessary.

- Provide as much information as possible about the subject matter of the records you are requesting. This will help expedite the search process.

- You may mail your request to:

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

- Requests can also be faxed to (202) 732-4265.

- Requests or questions may also be emailed to ICE-FOIA@dhs.gov

- Whether you are submitting your request electronically, by mail, or by fax, a signed Verification of Identity, Verification of Guardianship, Accompanying Persons, and/or PA Amendment Request forms are requirements for making a PA request. PA requests should be marked "Privacy Act Request."

This completes the CBP response to your request. You may contact a FOIA Public Liaison by sending an email via your FOIAonline account, or call 202-325-0150. Please notate file number CBP-2017-075002 on any future correspondence to CBP related to this request.

If you are not satisfied with the response to this request, you have a right to appeal the final disposition. Should you wish to do so, you must file your appeal within 90 days of the date of this letter following the procedures outlined in the DHS regulations at Title 6 C.F.R. §5.9. Please include as much information as possible to help us understand the grounds for your appeal. You should submit your appeal via FOIAonline by clicking on the "Create Appeal" button that appears when you view your initial request. If you do not have computer access, you may send your appeal and a copy of this letter to: FOIA Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection, 90 K Street, NE, 10th Floor, Washington, DC 20229-1177. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia.