December 7, 2018

**VIA ECF AND FACSIMILE**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

        Re:  *New York Immigration Coalition v. United States Immigration and Customs Enforcement*, *et al.*, 1:18-cv-04376-PGG

Dear Judge Gardephe:

    The parties to the above-referenced Freedom of Information Act ("FOIA") litigation submit this letter regarding the joint letter proposing a document production schedule, which is due today under the Court's Order dated October 17, 2018. Dkt. No. 20. Counsel for Defendants United States Immigration and Customs Enforcement ("ICE") and United States Customs and Border Protection ("CBP") (collectively "the Government") have conferred with counsel for Plaintiff New York Immigration Coalition ("NYIC"), who joins in this letter. The parties respectfully request that their deadline to propose a production schedule for the Court's consideration be extended by two weeks from today to December 21, 2018.

    Thus far, the parties have complied with the schedule set in the Court's October 17, 2018 Order. Specifically, on October 19, 2018, the Government made a production of non-exempt records to NYIC, and on November 30, 2018, the Government completed its searches for additional responsive records and provided information about the results of those searches to NYIC so that the parties could begin negotiating a schedule for the production of the remaining non-exempt responsive records. Counsel for the Government and NYIC met and conferred to discuss the document production status and schedule on December 4, 2018, and again on December 6, 2018.

    The parties request a two-week extension of the deadline for two reasons. First, the additional time will allow the Government to complete the process of de-duplicating its records so that it may provide a more accurate total page count to NYIC. Second, the Government expects to provide information about the general categories of records yielded by its searches to NYIC so that NYIC can narrow and/or prioritize certain categories of records for the Government's review, which may greatly streamline that process. This is the parties' first request for an extension of this deadline.

    Thank you for your consideration of this request.

Respectfully submitted,

| KIRKLAND & ELLIS LLP | GEOFFREY BERMAN |
| --- | --- |
| | United States Attorney |
| By: /s/ *Terence Leong* | By: /s/ *Jennifer Jude* |
| Warren Haskel | Jennifer Jude |
| Terence Leong | Assistant United States Attorney |
| 601 Lexington Avenue | 86 Chambers Street, 3rd Floor |
| New York, NY 10022 | New York, NY 10007 |
| Tel.: (212) 446-4800 | Tel.: (212) 637-2663 |
| Fax: (212) 446-4900 | Fax.: (212) 637-2686 |
| Email: whaskel@kirkland.com | Email: jennifer.jude@usdoj.gov |
| terence.leong@kirkland.com | |
| *Counsel for Plaintiff New York Immigration Coalition* | *Counsel for Defendants U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection* |