January 31, 2020

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

      Re:  *New York Immigration Coalition v. United States Immigration and Customs Enforcement, et al.*, 1:18-cv-04376-PGG

Dear Judge Gardephe:

    The parties to the above-referenced Freedom of Information Act ("FOIA") litigation submit this letter to update the Court on the status of this litigation, per the Court's Order dated December 31, 2019. Dkt. No. 27. Counsel for Plaintiff New York Immigration Coalition ("NYIC") has conferred with counsel for Defendants United States Immigration and Customs Enforcement ("ICE") and United States Customs and Border Protection ("CBP") (collectively "the Government"), who joins in this letter.

    The Government completed its review of the final ten documents responsive to NYIC's FOIA requests and produced those portions of the documents that it believes are non-exempt to NYIC on January 23, 2020. The parties are now negotiating a process by which NYIC can receive more detailed explanations of the Government's claimed exemptions as to a subset of the documents responsive to NYIC's FOIA request as a means of attempting to resolve part or all of this case consensually.

    In light of the above, the parties respectfully propose that they submit another joint status update to the Court by Friday, February 28, 2020, proposing next steps for the case. This extra time will allow NYIC to compile a list of documents for which it would request further explanation and will allow the Government to consider and respond to NYIC's request.

    Thank you for your consideration of this request.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Feb. 21, 2020

Respectfully submitted,

| | |
|---|---|
| KIRKLAND & ELLIS LLP | GEOFFREY BERMAN<br>United States Attorney |
| By: /s/ *Warren Haskel*<br>Warren Haskel<br>Terence Leong<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel.: (212) 446-4800<br>Fax: (212) 446-4900<br>Email: whaskel@kirkland.com<br>            terence.leong@kirkland.com | By: /s/ *Jennifer Jude*<br>Jennifer Jude<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007<br>Tel.: (212) 637-2663<br>Fax.: (212) 637-2686<br>Email: jennifer.jude@usdoj.gov |
| *Counsel for Plaintiff New York Immigration Coalition* | *Counsel for Defendants U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection* |